■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT L. ANDERSON, Appellant.— MEMORANDUM BY THE COURT. Appeal from a judgment of the County Court of Chenango County, rendered May 13, 1969, adjudging defendant to be a youthful offender. While a stipulation was entered into by defendant's counsel that a separate hearing upon the question of the admission of the confession was not necessary, the voluntariness of the statement was placed in issue and the trial court erred in admittting it before defendant was afforded an opportunity to present evidence upon that issue. Such error cannot be deemed insubstantial. Judgment reversed, on the law and the facts, and a new trial ordered. Herlihy, P. J., Reynolds, Staley, Jr., and Cooke, JJ., concur in memorandum by the court.

# (November 14, 1969)

■ In the Matter of ROBERT A. GRASSO, Petitioner, v. ARCHIBALD C. WEMPLE, as Judge of the County Court of Schenectady County, Respondent.— Motion to dismiss granted, without costs, on the ground that an article 78 proceeding may not be used to review the discretionary act of a court in a criminal matter. (*Matter of Bloeth* v. *Marks*, 20 A D 2d 372, mot. for lv. to app. den. 15 N Y 2d 481.) Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK F. McELROY, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

■ In the Matter of the Petition of the SCHENECTADY COUNTY BAR ASSOCIATION for Approval of a Proposed Certificate of Incorporation of the LEGAL AID SOCIETY OF SCHENECTADY COUNTY, INC.— Application for approval of incorporation of the Legal Aid Society of Schenectady County, Inc., pursuant to subdivision 5 of section 495 of the Judiciary Law, granted. Order entered. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.